AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| **David Gordon Oppenheimer**<br>*Plaintiff(s)*<br><br>v.<br><br>**Rakontur LLC and William Marcus Cohen a/k/a Billy Corben**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. **1:25-cv-24798**<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rakontur LLC
Serve: Registered Agent
Rakontur LLC
927 Lincoln Rd
Suite 200
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
9100 S. Dadeland Boulevard, Suite 1500
Miami, FL 33156
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2025



Angela E. Noble
Clerk of Court

s/ Micky Quezada
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| **David Gordon Oppenheimer** <br> *Plaintiff(s)* <br><br> v. <br><br> **Rakontur LLC and William Marcus Cohen a/k/a Billy Corben** <br> *Defendant(s)* | Civil Action No. **1:25-cv-24798** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   William Marcus Cohen a/k/a Billy Corben
7700 SW 52nd Ave
Miami, Florida, 33143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
9100 S. Dadeland Boulevard, Suite 1500
Miami, FL 33156
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 20, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts